A. J. ANDERSON V. FT. WORTH BASE-BALL ASSOCIATION.

(No. 3198.)

APPEAL from Tarrant County. Opinion by WILLSON, J.

F. M. BRANTLEY, counsel for appellant.

ROSS & TERRELL, counsel for appellee.

§ 15. *Liability incurred by copartnership not affected by its merger into a corporation.* Appellant sued Ward, Swasey and others as a copartnership, under the name of the Fort Worth Base-ball Association, to recover $313.65 for goods and merchandise sold said copartnership. He recovered judgment for the amount claimed against appellees as a corporation, the court refusing to render judgment in his favor against appellees as a partnership or as individuals. At the time the liability for appellant's debt was created appellees did not have a corporate existence. If they ever formed a corporation, it was subsequent to the creation of said liability, and the subsequent formation of a corporation did not operate to exempt them from their individual liability for the debt or to in any manner affect such liability. [1 Civ. Cas.

36

Ct. App., § 1016.]   There is no doubt from the evidence that appellees were jointly and severally liable for the indebtedness to appellant, and the judgment is so reformed as to make it a judgment against appellees individually, jointly and severally.

November 6, 1889.          Judgment reformed.